IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MANUEL RAUL REYES PENA                  PLAINTIFF

v.                Civil No. 10- 2072

COMMANDER AND CHIEF OF THE
UNITED STATES; THE VICE PRESIDENT;
and the GOVERNORS OF ALL STATES                  DEFENDANTS

## ORDER

Manuel Reyes Pena submitted this *pro se* action for filing under 42 U.S.C. § 1983. Plaintiff is currently incarcerated at the United States Penitentiary in Pine Knot, Kentucky. The clerk is directed to file the complaint and the "writ of poverty."

The "writ of poverty" has insufficient information on it for the court to determine if plaintiff should be allowed to proceed *in forma pauperis* (IFP). **The clerk is directed to mail the plaintiff a blank IFP application.** Plaintiff is directed to complete the application including having the appropriate prison official fill out the certificate regarding inmate funds. Plaintiff is given until **June 21, 2010,** to complete and return the IFP application or pay the $350 filing fee. Plaintiff is advised that if he fails to respond to this order this case will be summarily dismissed.

The matter of service will be determined at a later time.

Plaintiff is further advised that he has an obligation to keep the court informed of any changes in his address. If he fails to do so and the court receives returned mail, the case will be subject to dismissal.

IT IS SO ORDERED this 26 day of May 2010.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 26 2010

CHRIS R. JOHNSON, CLERK

BY      DEPUTY CLERK

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

-1-

AO72A
(Rev. 8/82)