```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FORT SMITH DIVISION
```

MANUEL RAUL REYES PENA                                        PLAINTIFF

        v.               Civil No. 10-2072

COMMANDER AND CHIEF OF THE
UNITED STATES; THE VICE PRESIDENT;
and the GOVERNORS OF ALL STATES                               DEFENDANTS

## ORDER

Now on this 1ST day of September, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #4), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** (document #4) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed on the grounds that he has failed to obey an order of this court. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

                                                     /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE